**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN D. BURRELL,** | ) | **CASE NO. 1:08CV1993** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| **ROMAN CATHOLIC DIOCESE** | ) | |
| **OF CLEVELAND, et al.,** | ) | |
| Defendants. | ) | |

### CHRISTOPHER A. BOYKO, J.:

This Court, having contemporaneously filed its Opinion and Order in this case, therefore orders this action dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

**DATE: August 29, 2008**

                                              S/Christopher A. Boyko
                                              **CHRISTOPHER A. BOYKO**
                                              **United States District Judge**